■ VINCENT MARESCO et al., as Individual Concerned Citizens and Taxpayers and as Probation Officers of the City of New York, Appellants, v THOMAS A. JACOBS, as Commissioner of the Department of Probation of the City of New York, et al, Respondents. — Order of the Supreme Court, Kings County, dated

October 17, 1983, affirmed, with one bill of costs, for reasons stated by Justice Morton at Special Term. Thompson, J. P., O'Connor, Boyers and Lawrence, JJ., concur.